**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Lamont Harold GARRISON,**
**Defendant—Appellant.**

**No. 05–7590.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 23, 2006.

Decided March 3, 2006.

Lamont Harold Garrison, Appellant Pro Se. James L. Trump, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**PER CURIAM:**

Lamont Harold Garrison appeals the district court's order denying his motion for a copy of his presentence report. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.

*See United States v. Garrison,* No. CR–98–132 (E.D. Va. filed Aug. 2, 2005 & entered Aug. 3, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*